IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        07-cv-01272-JLK-GJR

THE CIT GROUP/COMMERICAL SERVICES, INC.,
a New York corporation,

    Plaintiff,

v.

DONALD N. LOVE,
TERI M. LOVE, and
SHERRY M. ROSE, AS PUBLIC TRUSTEE OF
SAN MIGUEL COUNTY, COLORADO,

    Defendants.

**AMENDED**
**ORDER**

THIS MATTER comes before the Court on Defendant Donald Love's Unopposed Motion for Additional Extension of Time to Answer or Otherwise Respond to Complaint. The Court, having reviewed the Motion and being sufficiently advised in the premises,

HEREBY ORDERS that:

Defendant Donald Love's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint is hereby GRANTED. Defendant Donald Love shall file his answer or other responsive pleading to the Complaint on or before **July 20, 2007.**

2

DATED at Grand Junctionr, Colorado, this 19th day of July, 2007.

**BY THE COURT**:

s/ Gudrun J. Rice
Gudrun J. Rice
U.S. Magistrate Judge