IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   **07-cv-01272-JLK-GJR**

**THE CIT GROUP/COMMERCIAL SERVICES, INC., a New York corporation,**

Plaintiff,

v.

**DONALD N. LOVE,**
**TERI M. LOVE, and**
**SHERRY M. ROSE, as Public Trustee of San Miguel County, Colorado**,

Defendants.

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

THIS MATTER comes before the Court on the Recommendation of Magistrate Judge (doc. #57), filed October 17, 2007.  No objection having been filed within the time authorized by the Local Rules of Practice, and the Court having reviewed the papers on file and finding the Recommendation persuasive and well-taken, it is

ORDERED that the Recommendation of the Magistrate Judge that the Motion to Dismiss or in the Alternative to Transfer (doc. #19), filed July 20, 2007, be denied, is accepted by the Court, incorporated herein by this reference and made an Order of this Court.  The Motion is DENIED.

DATED at Denver, Colorado, this 5th day of November, 2007.

**BY THE COURT**:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT