# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
John L. Kane, Senior Judge

Civil Action No.     **07-cv-01272-JLK-GJR**

**THE CIT GROUP/COMMERCIAL SERVICES, INC.**, a New York corporation,

    Plaintiff,

v.

**DONALD N. LOVE,
TERI M. LOVE, and
SHERRY M. ROSE, AS PUBLIC TRUSTEE OF SAN MIGUEL COUNTY, COLORADO**,

    Defendants.

___

ORDER APPROVING STIPULATION TO DISMISS FORECLOSURE CLAIMS
AND TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

___

**Kane, J.**

THIS matter is before the court on the Stipulation by Plaintiff Cit Group, Defendant Donald Love and Defendant Teri Love to Dismiss Foreclosure Claims with Prejudice and to Transfer Remainder of Action to the United States District Court, Central District of California (doc. #86), filed February 6, 2008. It is

ORDERED that the Stipulation is APPROVED, and the Motion to Transfer is GRANTED, as follows:

1.  The Court accepts the Stipulation of the parties;

2.  CIT's Second Claim for Relief as contained in the Complaint filed on April 23, 2007 (as thereafter removed to this Court) is DISMISSED WITH PREJUDICE;

3. CIT's *Lis Pendens* recorded in the real property records of San Miguel County, Colorado, at Reception Number 382470 with respect to the Property described in the Complaint, due to Order Number 2, above, is hereby VACATED and EXPUNGED, and of no force or effect;

4. The entire remaining action is TRANSFERRED to the United States District Court for the Central District of California.

Dated this 8th day of February, 2008

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, Senior Judge
United States District Court Judge