# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01272-JLK

THE CIT GROUP/COMMERCIAL SERVICES, INC.,
a New York corporation,

      Plaintiff,

v.

DONALD N. LOVE,
TERI M. LOVE, and
SHERRY M. ROSE, AS PUBLIC TRUSTEE OF
SAN MIGUEL COUNTY, COLORADO,

      Defendants.

---

## REVISED ORDER APPROVING STIPULATION TO DISMISS FORECLOSURE CLAIMS AND TRANSFERRING ACTION TO USDC, CENTRAL DISTRICT OF CALIFORNIA

---

      This matter is before the court on Plaintiff's Unopposed Motion Pursuant to Fed. R. Civ.P 60(a) to Correct Clerical Error (doc. #89), filed March 4, 2008. The motion is GRANTED. The Order previously entered is corrected to state the correct Reception Number. The order is reiterated as corrected. It is

      ORDERED that the Stipulation is APPROVED, and the Motion to Transfer is GRANTED as follows:

      1.     The court accepts the Stipulation of the parties;

      2.     CIT's Second Claim for Relief as contained in the Complaint filed on or about April 23, 2007 (as thereafter removed to this Court) is dismissed with prejudice;

3. CIT's *Lis Pendens* recorded in the real property records of San Miguel County, Colorado, at Reception Number 392470 with respect to the Property described in the Complaint, due to Order Number 2, above, is hereby VACATED and EXPUNGED, and of no force or effect;

4. The entire remaining action is hereby and herewith transferred to the Honorable United States District Court, in and for the Central District of California.

Dated: March 4, 2008

BY THE COURT:

s/John L. Kane
John L. Kane, Senior Judge
United States District Court